IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEDRIC JAMAR DEAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:19-CV-895-WHA |
| DELORES WOODHAM, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on January 13, 2020. Doc. 9. There being no timely objections filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Plaintiff's complaint against Defendant Woodham is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915A(b)(1);

2. Defendant Woodham is TERMINATED as a party to the complaint; and

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment as to Defendant Woodham pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

Done, this 10th day of February 2020.

                                                               /s/ W. Harold Albritton
                                                               W. HAROLD ALBRITTON
                                                               SENIOR UNITED STATES DISTRICT JUDGE